EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

HARRY YEE #3790
Chief, Civil Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WILLIAM DEVERA, | ) | CIVIL NO. 04-00741 SPK KSC |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | (Notice of Taking Depositions |
| vs. | ) | Upon Written Interrogatories |
| | ) | and Interrogatories of |
| UNITED STATES OF AMERICA, | ) | 1) Jeffrey J.K. Lee, M.D. |
| | ) | 2) K.C. Clement Yeung, M.D. |
| Defendant. | ) | 3) Russell M. Tom, M.D. |
| _____ | ) | 4) Reid P. Elam, P.T.) |

CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a true and correct copy of the Notice of Taking Depositions Upon Written Interrogatories and Interrogatories of 1) Jeffrey J.K. Lee, M.D.; 2) K.C. Clement Yeung, M.D.; 3) Russell M. Tom, M.D. and 4) Reid P. Elam, P.T. were duly served upon the following persons by depositing said

copy in the United States Mail, postage prepaid, on January 26, 2006, as set forth below:

>Steven K. Hisaka, Esq.
>Phillip F. Moon, Esq.
>Hisaka Yoshida Cosgrove & Ching
>Pacific Guardian Center
>Mauka Tower, Suite 3000
>737 Bishop Street
>Honolulu, HI 96813
>
>Attorneys for Plaintiff
>William Devera
>
>DATED:  January 27, 2006, at Honolulu, Hawaii.

/s/ Jan Yoneda

_____