EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

HARRY YEE #3790
Chief, Civil Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WILLIAM DEVERA, | ) | CIVIL NO. 04-00741 SPK KSC |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE RE: |
| | ) | NOTICE OF TAKING DEPOSITION |
| vs. | ) | UPON ORAL EXAMINATION |
| | ) | (William deVera) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE RE:
NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION

        I HEREBY CERTIFY that a true and correct copy of the

Notice of Taking Deposition Upon Oral Examination of William

deVera, dated January 30, 2006, was duly served by First Class

Mail, addressed to the following:

Phillip F. Moon, Esq.                          January 30, 2006
Hisaka Yoshida Cosgrove & Ching
Pacific Guardian Center
Mauka Tower, Suite 3000
737 Bishop Street
Honolulu, Hawaii  96813

Attorney for Plaintiff


DATED:  January 30, 2006, at Honolulu, Hawaii.


                              /s/ Edric Ching
                              _____