ORIGINAL

Of Counsel:
HISAKA YOSHIDA COSGROVE & CHING

STEVEN K. HISAKA            1773-0
PHILLIP F. MOON             2405-0
Pacific Guardian Center
Mauka Tower - Suite 3000
737 Bishop Street
Honolulu, Hawai'i 96813
Telephone: (808) 523-0451

ANDREW A. AGARD, ESQ.       4357-0
733 Bishop Street, Suite 2120
Honolulu, Hawaii 96813
Telephone: (808) 540-0044

Attorneys for Plaintiff
WILLIAM DEVERA
Y:\DEVERA\pleadings\1st req rog.wpd

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 6 2006

at 3 o'clock and 35 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| WILLIAM DEVERA, | Civil No. CV04 00741 SPK/KSC |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | (Re: Plaintiff William Devera's First Request for Answers to Interrogatories to Defendant United States of America) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

CERTIFICATE OF SERVICE

The undersigned hereby certified that the original and one true and accurate copy of **Plaintiff William Devera's First Request for Answers to Defendant United States of America** were duly served upon the following counsel on the date noted below:

TO:    EDWARD H. KUBO, JR., ESQ.
        HARRY YEE, ESQ.
        EDRIC M. CHING, ESQ.
        Room 6-100, PJKK Federal Building
        300 Ala Moana Blvd.
        Honolulu, Hawaii 96850-6100
           Attorneys for Defendant
             UNITED STATES OF AMERICA

DATED:    Honolulu, Hawai'i,    MAR - 6 2006    .

STEVEN K. HISAKA
PHILLIP F. MOON

Attorneys for Plaintiff
WILLIAM DEVERA

2