# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

March 19, 2006

TO ALL COUNSEL OF RECORD

Re:  CIVIL 04-00741BMK *(formerly Civil 04-00741SPK-KSC)*
William Devera  vs. United States of America

Dear Counsel:

Pursuant to consent of the parties to proceed before a United States Magistrate Judge, the above case has been referred to U.S. Magistrate Judge Barry M. Kurren. . Please reflect case number **CV. 04-00741BMK** on all further pleadings.

Sincerely Yours,

SUE BEITIA, CLERK

by:      /s/ *Anna F. Chang*
Anna F. Chang, Deputy Clerk