# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/22/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV 04-00741BMK
CASE NAME:       William Devera v. USA
ATTYS FOR PLA:
ATTYS FOR DEFT:
INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:

DATE:    3/22/2006                TIME:

COURT ACTION:  EO: New dates given at the agreement of the parties and the consent of the court.  Court to prepare an amended scheduling order.

1.   Non-jury trial on January 30, 2007 at 9:00 a.m. before BMK
2.   Final Pretrial Conference on December 19, 2006 at 9:00 a.m. before BMK
3.
4.   Final Pretrial Statement by December 12, 2006
5.   File motions to Join/Add Parties/Amend Pleadings by June 30, 2006
6.   File other Non-Dispositive Motions by November 1, 2006
7.   File Dispositive Motions by August 30, 2006
8a.  File Motions in Limine by January 9, 2007
8b.  File opposition memo to a Motion in Limine by January 16, 2007
11a. Plaintiff's Expert Witness Disclosures by July 31, 2006
11b. Defendant's Expert Witness Disclosures by August 30, 2006
12.  Discovery deadline December 1, 2006
13.  Settlement Conference set for May 4, 2006 at 11:00 a.m. before KSC
14.  Settlement Conference statements by April 27, 2006
20.
21.  File Final witness list by January 9, 2007
24.  Exchange Exhibit and Demonstrative aids by January 2, 2007
25.  Stipulations re: Authenticity/Admissibility of Proposed Exhibits by January 9, 2007
26.  File objections to the Exhibits by January 16, 2007
28a. File Deposition Excerpt Designations by January 9, 2007

28b.   File Deposition Counter Designations and Objections by January 16, 2007
29.    File Trial Brief by January 16, 2007
30.    File Findings of Fact & Conclusions of Law by January 16, 2007

cc: Tammy Kimura

Submitted by Richlyn Young, Courtroom Manager

CV 04-00741BMK;
William Devera v. USA;
Rule 16 Scheduling Conference Minutes
3/22/2006