EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

HARRY YEE #3790
Chief, Civil Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM DEVERA, | CIVIL NO. 04-00741 SPK KSC |
| Plaintiff, | CERTIFICATE OF SERVICE RE: SECOND AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION |
| vs. | |
| UNITED STATES OF AMERICA, | (William deVera) |
| Defendant. | |

CERTIFICATE OF SERVICE RE: SECOND
AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION

I HEREBY CERTIFY that a true and correct copy of the Second Amended Notice of Taking Deposition Upon Oral Examination of William deVera, dated April 20, 2006, was duly served by First Class Mail, addressed to the following:

```
Phillip F. Moon, Esq.                    April 20, 2006
Hisaka Yoshida Cosgrove & Ching
Pacific Guardian Center
Mauka Tower, Suite 3000
737 Bishop Street
Honolulu, Hawaii  96813

Andrew A. Agard, Esq.
733 Bishop Street, Suite 2120
Honolulu, Hawaii  96813

Attorneys for Plaintiff


DATED:  April 20, 2006, at Honolulu, Hawaii.

                           /s/ Jan Yoneda

                           _____
```