EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

EDRIC M. CHING   6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail: edric.ching@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM DEVERA, | CIVIL NO. 04-00741 BMK |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), it is stipulated and agreed, by and between the parties hereto, by and through their respective counsel, that all claims brought by Plaintiff William Devera against Defendant United States of America are hereby dismissed with prejudice, each party to bear its own fees and costs.

This stipulation has been signed by counsel for all parties who have made an appearance in this action.

```
            DATED:   _____, at Honolulu, Hawaii.

                                        EDWARD H. KUBO, JR.
                                        United States Attorney
                                        District of Hawaii

/s/ Steven K. Hisaka                       /s/ Edric M. Ching
_____          By_____
STEVEN K. HISAKA                           EDRIC M. CHING
PHILLIP F. MOON                            Assistant U.S. Attorney

Attorneys for Plaintiff                 Attorneys for Defendant
WILLIAM DEVERA                          UNITED STATES OF AMERICA


APPROVED AND SO ORDERED.
```



```
                                        /s/ Barry M. Kurren
                                        United States Magistrate Judge
                                        Dated: October 17, 2006
```

<u>William Devera v. United States of America</u>; Civil No. 04-00741 BMK; STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER